# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ELECTROLUX HOME PRODUCTS, INC.,

       Plaintiff,    :    Case No. 3:05-mc-017

                          District Judge Thomas M. Rose
   -vs-                     Chief Magistrate Judge Michael R. Merz
                          :

WHITESELL CORPORATION,

       Defendant.


BAMAL FASTENERS, LLC, et al.,

       Respondents.

---

### DECISION AND ORDER GRANTING STAY OF DECISION ENFORCING SUBPOENAS

---

On Motion of Respondents (Doc. No. 31), the Respondents' obligations under this Court's Decision and Order Enforcing Subpoenas Subject to Protective Order (Doc. No. 29) are stayed pending a ruling on Respondents' Objections (Doc. No. 30).

December 19, 2005.

                                                s/ **Michael R. Merz**
                                           Chief United States Magistrate Judge