IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ELECTROLUX HOME PRODUCTS, INC.,

      Plaintiff,             :       Case No. 3:05-mc-017

                                  District Judge Thomas M. Rose
    -vs-                             Chief Magistrate Judge Michael R. Merz
                              :

WHITESELL CORPORATION,

      Defendant.


BAMAL FASTENERS, LLC, et al.,

      Respondents.

---

**ORDER ADOPTING REPORT AND RECOMMENDATION ON
REQUEST TO APPEAL**

---

      The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #45), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on March 7, 2006, hereby ADOPTS said Report and Recommendations.

      It is therefore ORDERED that Respondents' Petition for a Certificate of Interlocutory Appeal pursuant to 28 U.S.C. §1292(b)(Doc. No. 44) be, and it hereby is, denied.


March 8, 2006.                                                         s/ Thomas M. Rose
                                                                          Thomas M. Rose
                                                                  United States District Judge