# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ELECTROLUX HOME PRODUCTS, INC.,

       Plaintiff,      :      Case No. 3:05-mc-017

                                           District Judge Thomas M. Rose
     -vs-                          Chief Magistrate Judge Michael R. Merz
                             :

WHITESELL CORPORATION,

       Defendant.


BAMAL FASTENERS, LLC, et al.,

       Respondents.

---

**DECISION AND ORDER REGARDING JOINT MOTION FOR RECONSIDERATION**

---

       This case is before the Court on Respondents' Joint Motion for Reconsideration (Doc. No. 47) in which they assert that it is necessary for this matter to remain "open" because of the continuing obligations of various parties under the Court's orders enforcing subpoenas.  The Court agrees that it has not relinquished jurisdiction to enforce those orders, but is puzzled by counsel's reference to the case as being "closed."  District Judge Rose's Order of March 8, 2006, merely adopted, in the absence of any objections, the Magistrate Judge's recommendation that Respondents' motion for certification of an interlocutory appeal be denied.  That Order does not purport to close the case and the docket does not reflect that the case is closed.

       Accordingly, the Joint Motion for Reconsideration is denied as moot.

March 22, 2006.

                                                                 s/ Michael R. Merz
                                                    Chief United States Magistrate Judge